**Appeal Dismissed and Memorandum Opinion filed August 28, 2025.**



In The

# Fifteenth Court of Appeals

---

### NO. 15-25-00073-CV

---

## IN THE MATTER OF THE MARRIAGE OF MARY ELAINE DOLL AND JAY BROCK, Appellant

---

**On Appeal from the 474th District Court**
**McLennan County, Texas**
**Trial Court Cause No. 2025-126-6**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed on March 21, 2025. Appellant's brief was due in this Court on August 8, 2025. On August 11, 2025, we issued a notice stating that unless Appellant filed a brief on or before August 21, 2025, the appeal would be subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

To date, Appellant has not filed a brief or other response. Accordingly, we dismiss the appeal.

PER CURIAM

Panel consists of Chief Justice Brister and Justices Field and Farris.